No. 177.  D. F. DEATON, PLAINTIFF IN ERROR, *v.* THE COMMONWEALTH OF KENTUCKY.   In error to the Court of Appeals of the State of Kentucky.   January 13, 1916. .Dismissed with costs, pursuant to the tenth rule.   *Mr. Edward S. Jouett* for the plaintiff in error.   No appearance for the defendant in error.

No. 192.  THE UNITED STATES, APPELLANT, *v.* MELVEN BOOTH, ADMINISTRATOR, ETC.   Appeal from the Court of Claims.   January 17, 1916.   Dismissed on motion of *Mr. Solicitor General Davis* for the appellant.   *The Attorney General* for the appellant.   *Mr. George A. King* for the appellee.

No. 206.  J. C. McCLELLAND, AS STATE AUDITOR OF. THE STATE OF OKLAHOMA, ET AL., APPELLANTS, *v.* MISSOURI, KANSAS & TEXAS RAILWAY COMPANY.   Appeal from the District Court of the United States for the Western District of Oklahoma.   January 20, 1916.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Charles West* for the appellants.   No appearance for the appellee.